sealed

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL BERTRELL MOORE, | : CIVIL NO: 1:CV-00-2148 |
|     Petitioner, | : |
| | : (Judge Caldwell) |
| v. | : |
| | : (Magistrate Judge Smyser) |
| UNITED STATES OF AMERICA, | : |
|     Respondent, | : |

**FILED**
HARRISBURG, PA

JAN 2 2 2001

<u>ORDER</u>

MARY E. D'ANDREA, CLERK
PER_____
            DEPUTY CLERK

    The petitioner, a federal prisoner proceeding *pro se*, filed in the United States District Court for the District of Columbia a motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The petitioner claimed that there was a clerical error in his Judgement and Commitment Order regarding the term of his supervised release and that the Bureau of Prisons (BOP) incorrectly calculated the term of his sentence. By an Order filed on July 17, 2000, Judge Roberts of the United States District Court for the District of Columbia granted the petitioner's § 2255 motion in part and amended the petitioner's Judgment and Commitment Order. Judge Roberts further ordered that the petitioner's claim that the BOP

AO 72A

incorrectly calculated his sentence be transferred to this court. On December 15, 2000, this court received part of the original file from the United States District Court for the District of Columbia. It was not until January 16, 2001, however, that this court received a copy of the petitioner's § 2255 motion.

We will treat the petitioner's claim that the BOP incorrectly calculated his sentence as a habeas corpus claim brought pursuant to 28 U.S.C. § 2241.

AND NOW, this 22nd day of January, 2001, **IT IS HEREBY ORDERED** that:

1. Respondent shall show cause on or before February 8, 2001 why the petitioner should not be granted habeas corpus relief;

2. A determination as to whether or not the petitioner shall be produced for a hearing will be held in abeyance pending the filing of a response;

2

   3. Petitioner shall, if he so desires, file a reply to the response to the show cause order within ten (10) days of its filing; and

   4. The Clerk is directed to serve a copy of the petition (doc. 2) and this Order on the United States Attorney and to note the address of the United States Attorney on the front of the docket sheet in this case. **All documents filed by the parties and by the Court shall be served upon the United States Attorney.**

/s/ J. Andrew Smyser
J. Andrew Smyser
Magistrate Judge

Dated: January 22, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 22, 2001

Re:  1:00-cv-02148    Moore v. USA

True and correct copies of the attached were mailed by the clerk to the following:

Samual Bertrell Moore
FCI-SCHUYLKILL
09644-050
P.O. Box 759
Minersville, PA  17954

cc:
Judge                                ( )
Magistrate Judge                     ( )
U.S. Marshal                         ( )
Probation                            ( )
U.S. Attorney                        ( )
Atty. for Deft.                      ( )
Defendant                            ( )
Warden                               ( )
Bureau of Prisons                    ( )
Ct Reporter                          ( )
Ctroom Deputy                        ( )
Orig-Security                        ( )
Federal Public Defender              ( )
Summons Issued                       ( ) with N/C attached to complt. and served by:
                                         U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                  ( )
Order to Show Cause                  ( ) with Petition attached & mailed certified mail
                                         to: US Atty Gen    ( )    PA Atty Gen ( )
                                             DA of County  ( )    Respondents ( )
Bankruptcy Court                     ( )
Other _____        ( )

1 copy to AUSA
NB

MARY E. D'ANDREA, Clerk

DATE:  1-22-01                       BY: _____
                                         Deputy Clerk