

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL BERTRELL MOORE, | : | No. 1:CV-00-2148 |
| Petitioner, | : | (Judge Caldwell) |
| v. | : | (Magistrate Judge Smyser) |
| DAVID ROMINE, | : | |
| Respondent, | : | |

FILED
HARRISBURG, PA
FEB 14 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## MOTION FOR ENLARGEMENT OF TIME

Samuel B. Moore, Petitioner, requests an Enlargement of Time to file his Reply Motion to the Respondent's Response to Petitioner's Petition For Habeas Corpus.

A copy of the aforementioned response to Petitioner's Habeas Corpus claim was mailed on the 8th day of February, 2001, and was received by Petitioner on the 9th day of February, 2001. Petitioner is a pro se litigant, who has full intent and purpose to file a Reply to Respondent's Response, subject to the discretionary opening and closing of the law library by the Administration here, for various reasons, at FCI - Schuylkill. Petitioner is stationed on the top of a mountain, the fog security count, and other security concerns, very often closes the law library to access when it would normally be open.

For the foregoing reasons, Petitioner requests an Enlargement of Time to file a Reply To Respondent's Response.

Respectfully submitted,

*S. Moore Bey*

Samuel B. Moore-Bey,
Petitioner Pro Se

## CERTIFICATE OF SERVICE

I certify that I have caused to be forwarded, by United States Certified Mail, Return Receipt Requested, the original and two(2) copies of my Motion For Enlargement Of Time, to the Office of the Clerk of the Court for the Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut Street, P.O. Box 983, Harrisburg, PA 17108, to be served on all interested parties in these instant matters, on this *12th* day of February, 2001.

*S. Moore Bey*
Samuel B. Moore-Bey,
Petitioner Pro Se

(2)

Samuel B. Moore-Bey
Reg. No. 09644-050
FCI - Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

February 12, 2001

Office of the Clerk of the Court
U.S. District Court
 228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108-0983

RECEIVED
HARRISBURG, PA

FEB 14 2001

MARY E. D'ANDREA, CL[ERK]
Per _____

RE: U.S. v. MOORE
Civil No. 1:CV-00-2148
(JUdge Caldwell)
(Magistrate Judge Smyser)

Dear Clerk of the Court:

Enclosed please find, the original and two(2) copies of my Motion For Enlargement Of Time. Please file, and serve all interested parties in the above captioned case. Thank you.

Sincerely yours,

S. Moore-Bey

Samuel B. Moore-Bey,
Petitioner Pro Se

Enclosure

cc: file