FILED 2-20
HARRISBURG
FEB 1 6 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAMUEL BERTRELL MOORE,  : CIVIL NO: 1:CV-00-2148
    Petitioner,  :
                      : (Judge Caldwell)
   v.  :
                      : (Magistrate Judge Smyser)
UNITED STATES OF AMERICA,  :
    Respondent,  :

### ORDER

**IT IS ORDERED** that petitioner's motion for an enlargement of time within which to file a reply to respondent's response (Doc. 6) is **GRANTED**. Petitioner shall file his reply on or before **February 28, 2001**.

                                             /s/ J. Andrew Smyser
                                             J. Andrew Smyser
                                             Magistrate Judge

Dated: February 16, 2001.

AO 72A
(Rev 8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 16, 2001

Re: 1:00-cv-02148    Moore v. USA

True and correct copies of the attached were mailed by the clerk to the following:

```
Samual Bertrell Moore
FCI-SCHUYLKILL
09644-050
P.O. Box 759
Minersville, PA  17954

Kate L. Mershimer, Esq.
U.S. Attorneys Office
Room 217, Federal Bldg.
228 Walnut St.
Harrisburg, Pa  17108

David Barasch
US Atty's Office
2nd Floor
228 Walnut St.
Harrisburg, PA  17108
```

```
cc:
Judge                            ( )        ( ) Pro Se Law Clerk
Magistrate Judge                 (/)        ( ) INS
U.S. Marshal                     ( )        ( ) Jury Clerk
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( ) with Petition attached & mailed certified mail
                                     to:  US Atty Gen  ( )   PA Atty Gen ( )
```

|  |  |  |  |
|---|---|---|---|
|  | DA of County ( ) | Respondents ( ) |
| Bankruptcy Court ( ) | | |
| Other _____ ( ) | | |

MARY E. D'ANDREA, Clerk

DATE: February 16, 2001

BY: _____
Deputy Clerk