**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
MAR 14 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

SAMUEL BERTRELL MOORE,  :  No. 1:CV-00-2148
    Petitioner,  :  (Judge Caldwell)
v.  :  (Magistrate Judge Smyser)
DAVID ROMINE,  :
    Respondent,  :

### MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 72.3 of the Rules of Court, M.D.Pa., Petitioner has been given ten (10) days to object to the Magistrate Judge's proposed findings, recommendations or report addressing the disposition of his habeas corpus petition. Failure to file specific objections constitutes waiver of any further right of appeal. See Thomas v. Arn, 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985).

Therefore, Petitioner respectfully requests fifteen (15) days Enlargement Of Time to accommodate possible institutional security concerns, fog count, emergencies, etc., which often prevent access to the Law Library, and to timely file objections regarding these instant matters.

Respectfully submitted,

*S. Moore-Bey*

Samuel B. Moore-Bey,
Petitioner Pro Se

## CERTIFICATE OF SERVICE

    I certify that I have caused to be forwarded, by First Class United States Mail, the original and two (2) copies of my Motion For Enlargement Of Time, to the Office of the Clerk of the Court for the Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut Street, P.O. Box 983, Harrisburg, PA 17108, to be filed and served on all interested parties in these instant matters, on this __11th__ day of March, 2001.

                                            *S. Moore-Bey*
                                        Samuel B. Moore-Bey,
                                        Petitioner Pro Se