*see art*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAMUEL BERTRELL MOORE,   :
    Petitioner
                            :

vs.                          :   CIVIL ACTION NO. 1:CV-00-2148
                            :

DAVID ROMINE,
    Respondent               :

FILED
HARRISBURG, PA

MAR 1 4 2001

O R D E R

MARY E. D'ANDREA, CLERK
PER_____
        DEPUTY CLERK

AND NOW, this 14th day of March, 2001, upon consideration of the Petitioner's motion for extension of time to file objections to the magistrate judge's report, filed March 14, 2001, it is ordered that the motion is granted and the Petitioner shall have until April 9, 2001, to file his objections.

                                        /s/ William W. Caldwell
                                        William W. Caldwell
                                        United States District Judge

AO 72A
(Rev 8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

March 14, 2001

Re:  1:00-cv-02148    Moore v. USA

True and correct copies of the attached were mailed by the clerk to the following:

Samual Bertrell Moore
FCI-SCHUYLKILL
09644-050
P.O. Box 759
Minersville, PA   17954

Kate L. Mershimer, Esq.
U.S. Attorneys Office
Room 217, Federal Bldg.
228 Walnut St.
Harrisburg, Pa   17108

David Barasch
US Atty's Office
2nd Floor
228 Walnut St.
Harrisburg, PA   17108

```
cc:
Judge                          ( / )                    ( ) Pro Se Law Clerk
Magistrate Judge               (   )                    ( ) INS
U.S. Marshal                   (   )                    ( ) Jury Clerk
Probation                      (   )
U.S. Attorney                  (   )
Atty. for Deft.                (   )
Defendant                      (   )
Warden                         (   )
Bureau of Prisons              (   )
Ct Reporter                    (   )
Ctroom Deputy                  (   )
Orig-Security                  (   )
Federal Public Defender        (   )
Summons Issued                 (   )  with N/C attached to complt. and served by:
                                      U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            (   )
Order to Show Cause            (   )  with Petition attached & mailed certified mail
                                      to:  US Atty Gen   ( )   PA Atty Gen ( )
```

| | | |
|---|---|---|
| | DA of County ( ) | Respondents ( ) |
| Bankruptcy Court ( ) | | |
| Other_____ ( ) | | MARY E. D'ANDREA, Clerk |

DATE: _____3/14/01_____          BY: _/s/_____
                                    Deputy Clerk