*seal*

15
5/2/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAMUEL BERTRELL MOORE,　　　　　　　:
　　　　　Petitioner

　　　　　　　　　　　　　　　　　　　　:

　　　vs.　　　　　　　　　　　　　　　:　CIVIL ACTION NO. 1:CV-00-2148

　　　　　　　　　　　　　　　　　　　　:

DAVID ROMINE,
　　　　　Respondent　　　　　　　　　:

**FILED
HARRISBURG, PA**

O R D E R

MAY 0 1, 2001

MARY E. D'ANDREA, CLERK
PER_____
　　　　　　DEPUTY CLERK

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

　　　　The Petitioner has filed a motion to stay our order of
April 18, 2001, dismissing his 2241 petition for failure to
exhaust administrative remedies before the Bureau of Prisons
(BOP).  Claiming that he will suffer irreparable injury if we fail
to grant the motion, he seeks injunctive relief "monitor[ing]" the
administrative proceedings.

　　　　We fail to see how the Petitioner will suffer
irreparable injury if we do not stay our dismissal order.  His
2242 petition sought credit on a federal sentence of 151 months
imposed in 1997 for 400 days spent in custody before the sentence
was imposed.  The Petitioner will not suffer irreparable injury if
he is forced to complete his administrative remedies because, if
he is correct, he will have time to litigate the issue in federal
court should the BOP render an adverse decision.

AO 72A
(Rev.8/82)

Accordingly, this 1st day of May, 2001, upon consideration of the Petitioner's "motion for stay of judgment," filed April 30, 2001, it is ordered that the motion is denied.


William W. Caldwell
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 1, 2001

Re:  1:00-cv-02148    Moore v. USA

True and correct copies of the attached were mailed by the clerk
to the following:

        Samual Bertrell Moore
        FCI-SCHUYLKILL
        09644-050
        P.O. Box 759
        Minersville, PA  17954

        Kate L. Mershimer, Esq.
        U.S. Attorneys Office
        Room 217, Federal Bldg.
        228 Walnut St.
        Harrisburg, Pa  17108

        David Barasch
        US Atty's Office
        2nd Floor
        228 Walnut St.
        Harrisburg, PA  17108

cc:
Judge                    ( / )              (  ) Pro Se Law Clerk
Magistrate Judge         (  )               (  ) INS
U.S. Marshal             (  )               (  ) Jury Clerk
Probation                (  )
U.S. Attorney            (  )
Atty. for Deft.          (  )
Defendant                (  )
Warden                   (  )
Bureau of Prisons        (  )
Ct Reporter              (  )
Ctroom Deputy            (  )
Orig-Security            (  )
Federal Public Defender  (  )
Summons Issued           (  ) with N/C attached to complt. and served by:
                             U.S. Marshal (  )    Pltf's Attorney (  )

Standard Order 93-5      (  )
Order to Show Cause      (  ) with Petition attached & mailed certified mail
                             to: US Atty Gen   (  ) PA Atty Gen (  )

DA of County  (  )  Respondents (  )

Bankruptcy Court            (  )
Other_____ (  )

MARY E. D'ANDREA, Clerk

DATE: _____5-1-01_____        BY: _____
                                      Deputy Clerk